1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 13-234 |
| v. | ) | |
| | ) | (29 U.S.C. § 501(c)) |
| DAVID L. BARR | ) | |

INDICTMENT

The grand jury charges:

During the period from on or about April 9, 2010, to on or about September 22, 2011, in the Western District of Pennsylvania and elsewhere, the defendant, DAVID L. BARR, while employed as the Financial Secretary-Treasurer for Local No. 99 of the Glass, Molders, Pottery, Plastics & Allied Workers International Union, AFL-CIO, CLC, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $5,688.40 of the monies, funds, property and assets of said labor organization, that is the defendant, DAVID L. BARR, cashed, or deposited into his personal bank account, nineteen employer dues remittance checks belonging to

the labor organization and converted the monies to his own personal use.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

*Linda Haddon*
FOREPERSON

DAVID J. HICKTON
United States Attorney
PA ID No. 34524